35,693-06,07

## WRIT NO's WR-35,693-06 and WR-35,693-07

MOTION DISMISSED

SENT BY FAX: DATE: 1/28/15 Court of Criminal Appeals
(512) 463-7061 BY: PC Clerk Abel Acosta
INTERNET. WWW.CCA.court.state.TX.US P.O. Box 12308
Austin Texas 78711

Dec 28, 2014

DEAR CLERK: Abel Acosta
This is being sent By Fax to your Office in these Causes And Matters for me here. Find And file with the Court's. One Motion For Clerk to Correct Records, Motions filed in these Cause No's.

This is being done in this Matter Because I have No Access to Materials Here and All my Paths to the Courts Are being Blocked by this Unit and TDCJ ID Employees.

We have been on Unit lock down Here. Shake down No Store, No Stamps, No Legal Vists! No Materials Can not use Indigent Legal mail here, Funds on Books Other Paths Blocked As Well. Plus I have Bad Eye sight And No Night light To see By. This is the darkest Unit I have ever Been on period.

Including One Motion For Clerk to Fix records there. Please find Exhibits with Both 11.07 and Put Original Copy of indictment's And David W. Tucker's indictment with this with Copies in Both 11.07s. This will make (3) indictments Altogether in Both 11.07s. I have filed in trash cause. Need Copy of Cause No# 23-315-361 out of Bryan Texas Brazos Co. District Court 361st Indictment Placed in Harris County Writ No: 1418385-A 11.07s. indictment Cause No# 23-315-361 "DWL cause." Plus copy place With So Called Tr. Ct. No. 23-315-361-D Which is illegal Act By State.

Thank you for your Help in this Matter
Respectfully Submitted
Andrew Earl Williams
Andrew Earl Williams # 751192
1300 FM 655 Tennel C2-19

RECEIVED IN
COURT OF CRIMINAL APPEALS

JAN 12 2015

Abel Acosta, Clerk

Motion To Correct 11.07's and other Motions filed illegally in These Two (2) Causes Number's Tr.Ct No# 1418385-A And WR. 35-693-06 does not have "No bearing period on This Cause No: 23,315,361st out of Bryan Texas Till After 11.07 Habeas Corpus Appeal run it course Thur Appeals And Answers priors void questions and other illegal acts by State of Texas and District Courts And it's Clerks illegal actions Period. Do You All Understand This. Criminal Court of Appeals Clerk mistakenly listening To Brazos County's D.A's and Clerk There Acts of jumping The gun And wrong conclusions and changing The Real issue's of These Facts by drawing attention away from Real Motions And Properly filed Writ's And Motions And out right lies by State And its Officials And Clerk's done Repeatly in These Causes, under 35-693-01 and 02, Then 03, 04, Now going To make illegally WR 35-693-07 out of Harris County No# 1418385-A is illegal and nothing To do with Bryan Till After facts of rulings.

Now read list of illegal Acts By 361st District Court. On April 3rd I fired Bruno Shimek (phone) Then filed Motion Before May 2nd 1996 with 361st. Court, Also filed Motion with 10th Court of Appeals Waco Before July 1996 and Records Proves This. Clerks and Courts illegally force Him on my Appeals "Direct Appeals" Motions filed by Me. Then Clerk of 10th Appeals switch Letter Memorandum And Direct first Appeal. Then under 11.07 at Criminal Court of Appeals in Austin did same illegal act in 1999. Now it become's worst At All The other illegal Acts This State has done illegally knowingly in These Causes.

Fav. Motion To Criminal Court of Appeals.

ACTION / To CORRECT RECORDS AND MOTION'S FILED IN CAUSES

To deny me any fair Hearings, Direct Appeals and No 11.07 Habras Corpus Actions Because of these illegal act's by Courts and it's Clerks DA's and Officials action for State. Now I find out my Jury saw in my Prison Run Packet A Statement in which is not Mine, on me never even locked up at Time With any person that I know of, with that name.

No chance to defend myself on this false claim by State and TDCJID. This is like me calling State Courts out right Child molestar's on some one else's word and written statment published on your Records. With you not knowning About. And your Jury saw and read this statement then Convicted and sentenced you. Four illegal acts right there alone. What evidence? By the way stupid My Dead brat Dad could not read nor write. BRAZOS County lied about story and whole actions as well Then on Real 3rd claimed and 2nd 11.07 State lied again claiming Time Barred to deny me any relief.

The only way Justice could be served to me is a bullet To each crooked lieing person involved in this Cause. That's my Opinion. And these cases overturned. See Copy of this indictment as well used against me in Th. Ct. No # 1418385-A. And used By State TDCJID and Parole, To Deny me Parole there now. Harris County on Aug 19, 13 Related cause 1397524 (184). David Westly Tucker. Address 10/06 Edwards street, Owned by Steve Tucker. Wareing wrong Address And property. And No Control over That property Neither. New Appeals and Appointment of Legal Counsel.

Respectfully Submitted